**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Bridget Botto,
individually and on behalf of all those similarly situated

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Bexco Enterprises, Inc. d/b/a Babyletto

**(b) County of Residence of First Listed Plaintiff**  Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** (*Firm Name, Address and Telephone Number*)  If you are representing yourself, provide the same information.

The Law Offices of Jibrael S Hindi; 1515 NE 26th Street, Wilton Manors, Florida 33305; 754-444-7539

**Attorneys** (*Firm Name, Address and Telephone Number*)  If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes  ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

47 U.S.C. § 227 A lawsuit for violations of the TCPA

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- ☐ 375  False Claims Act
- ☐ 376  Qui Tam (31 USC 3729(a))
- ☐ 400  State Reapportionment
- ☐ 410  Antitrust
- ☐ 430  Banks and Banking
- ☐ 450  Commerce/ICC Rates/Etc.
- ☐ 460  Deportation
- ☐ 470  Racketeer Influenced & Corrupt Org.
- ☐ 480  Consumer Credit
- ☒ 485  Telephone Consumer Protection Act
- ☐ 490  Cable/Sat TV
- ☐ 850  Securities/Commodities/Exchange
- ☐ 890  Other Statutory Actions
- ☐ 891  Agricultural Acts
- ☐ 893  Environmental Matters
- ☐ 895  Freedom of Info. Act
- ☐ 896  Arbitration
- ☐ 899  Admin. Procedures Act/Review of Appeal of Agency Decision
- ☐ 950  Constitutionality of State Statutes

**CONTRACT**
- ☐ 110  Insurance
- ☐ 120  Marine
- ☐ 130  Miller Act
- ☐ 140  Negotiable Instrument
- ☐ 150  Recovery of Overpayment & Enforcement of Judgment
- ☐ 151  Medicare Act
- ☐ 152  Recovery of Defaulted Student Loan (Excl. Vet.)
- ☐ 153  Recovery of Overpayment of Vet. Benefits
- ☐ 160  Stockholders' Suits
- ☐ 190  Other Contract
- ☐ 195  Contract Product Liability
- ☐ 196  Franchise

**REAL PROPERTY**
- ☐ 210  Land Condemnation
- ☐ 220  Foreclosure
- ☐ 230  Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- ☐ 240  Torts to Land
- ☐ 245  Tort Product Liability
- ☐ 290  All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310  Airplane
- ☐ 315  Airplane Product Liability
- ☐ 320  Assault, Libel & Slander
- ☐ 330  Fed. Employers' Liability
- ☐ 340  Marine
- ☐ 345  Marine Product Liability
- ☐ 350  Motor Vehicle
- ☐ 355  Motor Vehicle Product Liability
- ☐ 360  Other Personal Injury
- ☐ 362  Personal Injury-Med Malpractice
- ☐ 365  Personal Injury-Product Liability
- ☐ 367  Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368  Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462  Naturalization Application
- ☐ 465  Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
- ☐ 370  Other Fraud
- ☐ 371  Truth in Lending
- ☐ 380  Other Personal Property Damage
- ☐ 385  Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422  Appeal 28 USC 158
- ☐ 423  Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 440  Other Civil Rights
- ☐ 441  Voting
- ☐ 442  Employment
- ☐ 443  Housing/ Accommodations
- ☐ 445  American with Disabilities-Employment
- ☐ 446  American with Disabilities-Other
- ☐ 448  Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463  Alien Detainee
- ☐ 510  Motions to Vacate Sentence
- ☐ 530  General
- ☐ 535  Death Penalty
**Other:**
- ☐ 540  Mandamus/Other
- ☐ 550  Civil Rights
- ☐ 555  Prison Condition
- ☐ 560  Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625  Drug Related Seizure of Property 21 USC 881
- ☐ 690  Other

**LABOR**
- ☐ 710  Fair Labor Standards Act
- ☐ 720  Labor/Mgmt. Relations
- ☐ 740  Railway Labor Act
- ☐ 751  Family and Medical Leave Act
- ☐ 790  Other Labor Litigation
- ☐ 791  Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820  Copyrights
- ☐ 830  Patent
- ☐ 835  Patent - Abbreviated New Drug Application
- ☐ 840  Trademark
- ☐ 880  Defend Trade Secrets Act of 2016 (DTSA)

**SOCIAL SECURITY**
- ☐ 861  HIA (1395ff)
- ☐ 862  Black Lung (923)
- ☐ 863  DIWC/DIWW (405 (g))
- ☐ 864  SSID Title XVI
- ☐ 865  RSI (405 (g))

**FEDERAL TAX SUITS**
- ☐ 870  Taxes (U.S. Plaintiff or Defendant)
- ☐ 871  IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**    Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☐ Yes ☒ No  If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☐ Yes ☒ No  If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?** ☐ Yes ☒ No  If "yes," your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question E, below, and continue from there. If "no," go to question D2 to the right. ➡ | **D.2. Is there at least one answer in Column B?** ☐ Yes ☒ No  If "yes," your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question E, below. If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO    ☐ YES

If yes, list case number(s): _____

**If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**: Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?    ☒ NO    ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

---

**XI. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** /s/ Gerald D. Lane, Jr.    DATE: 7/14/2026

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |